**STATE of Missouri, Respondent,**

v.

**Edward C. BOOTH, Appellant.**

**No. WD 63795.**

Missouri Court of Appeals,
Western District.

July 19, 2005.

Amy M. Bartholow, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, and PATRICIA A. BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Mr. Edward C. Booth appeals his conviction for trafficking cocaine in the second degree, Section 195.223, RSMo.(2000). A published opinion would serve no jurisprudential value, so we choose to issue this decision by memorandum to the parties. We affirm. Rule 30.25(b)